IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL A. MELOCHE, ADRIÀ BOTIFOLL, STUART JAY, and OLIVER CONDEMNE, Derivatively on behalf of VEREIT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS SCHORSCH, et al., <br><br> Defendants, <br><br> and, <br><br> VEREIT, INC., formerly known as AMERICAN REALTY CAPITAL PROPERTIES, INC., <br><br> Nominal Defendant. | Civil Action No. 1:16-cv-03366-ELH |

## STIPULATION AND [REDACTED] ORDER STAYING ACTION

WHEREAS, Plaintiffs in this shareholder derivative action filed an Amended Complaint on January 17, 2017;

WHEREAS, there is a related shareholder derivative action currently pending before the Hon. Alvin K. Hellerstein in the United States District Court for the Southern District of New York ("SDNY"), captioned *Witchko v. Schorsch, et al.*, No. 15-cv-06043 (AKH) (the "SDNY Derivative Action");

WHEREAS, on March 24, 2017, Nominal Defendant VEREIT, Inc., formerly known as American Realty Capital Properties, Inc., and Defendants Lisa Beeson, Brian S. Block, Bruce Frank, Lisa McAlister, Leslie D. Michelson, Edward G. Rendell, Scott Sealy, and William G. Stanley filed a motion to transfer venue to the SDNY or, in the alternative, stay the action

pending resolution of the SDNY Derivative Action [Dkt. No. 72], and the other Defendants filed motions to dismiss, transfer venue to the SDNY, and/or stay the action pending resolution of the SDNY Derivative Action [Dkt. Nos. 68, 69, 70, 71, 72, 78, 79, 80, 81, 83, 85] (collectively, the "Motions");

WHEREAS, on April 3, 2017, the Court approved the parties' Stipulation and [Proposed] Order Setting Briefing Schedule, requiring Plaintiffs to file their responses to the Motions on or before May 26, 2017, and requiring the Nominal Defendant and Defendants to file their replies in support of the Motions on or before June 23, 2017 [Dkt. No. 119];

WHEREAS, counsel for the parties have conferred and have agreed to stay this action pending resolution of the SDNY Derivative Action and to withdraw the Motions, without prejudice, until the expiration of the stay;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

1. This action is stayed pending the final disposition of the SDNY Derivative Action against each of the Defendants, either by judgment, settlement, discontinuance or otherwise, including the time provided by law for any appeal.

2. The pending Motions are withdrawn without prejudice to the Nominal Defendant and Defendants' right to renew the Motions upon the expiration of the stay. Nominal Defendant and Defendants preserve their right to move to transfer the action or to move to dismiss on any and all grounds.

3. Each party reserves the right to move to lift the stay for good cause shown.

4. A status report (joint, if possible) is due by Oct. 16, 2017.   ECH

2

| | |
|---|---|
| By: /s/ Daniel Moylan<br>Daniel P. Moylan<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202<br>Tel: (410) 332-0444<br>Fax: (410) 659-0436<br>Email: dmoylan@zuckerman.com<br><br>- and -<br><br>Adam L. Fotiades (*Pro Hac Vice*)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036<br><br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>Email: afotiades@zuckerman.com<br><br>*Attorneys for Defendant Lisa McAlister* | By: /s/ Reid M. Figel<br>Reid M. Figel<br>Rebecca A. Beynon<br>Andrew E. Goldsmith<br>Bradley E. Oppenheimer<br>James M. Webster<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, NW<br>Washington, DC 20036<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>Email: rfigel@kellogghansen.com<br>rbeynon@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>boppenheimer@kellogghansen.com<br>jwebster@kellogghansen.com<br><br>*Attorneys for Defendants Scott Bowman,<br>William Kahane and Edward M. Weil, Jr.* |

SO ORDERED, this 16th day of May, 2017

*Ellen L. Hollander*
Ellen L. Hollander, Judge
United States District Court for the
District of Maryland

6