Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 1 of 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL A. MELOCHE, ADRIÀ BOTIFOLL, STUART JAY, and OLIVER CONDEMNE, Derivatively on behalf of VEREIT, INC.,

Plaintiff,

vs.

NICHOLAS SCHORSCH, et al.,

Defendants,

and,

VEREIT, INC., formerly known as AMERICAN REALTY CAPITAL PROPERTIES, INC.,

Nominal Defendant.

Civil Action No. 1:16-cv-03366-ELH

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE**

ELH

WHEREAS, Plaintiffs in the above-captioned shareholder derivative action (the "Action") commenced this action on October 6, 2016;

WHEREAS, Plaintiffs filed an Amended Complaint on January 17, 2017;

WHEREAS, pursuant to a joint stipulation filed by the parties in this Action on May 16, 2017 (Dkt. No. 120), the Court entered an order (Dkt. No. 121) staying this Action pending the final disposition of a related, first-filed shareholder derivative action, captioned *Witchko v. Schorsch, et al.*, No. 1:15-cv-06043 (AKH) (the "*Witchko* Action"), which was pending before the Hon. Alvin K. Hellerstein in the United States District Court for the Southern District of New York (the "*Witchko* Court");

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 2 of 15

WHEREAS, on September 27, 2019, (i) Nominal Defendant VEREIT, Inc., formerly known as American Realty Capital Properties, Inc. ("VEREIT"), (ii) Defendants Nicholas S. Schorsch, Brian S. Block, David Kay, Lisa P. McAlister, Scott J. Bowman, William M. Kahane, Edward M. Weil, Lisa Beeson, Scott P. Sealy Sr., Leslie D. Michelson, Edward G. Rendell, William G. Stanley, Bruce D. Frank, and Grant Thornton, LLP, and (iii) certain non-parties to the Action, entered into a Stipulation and Agreement of Settlement in the *Witchko* Action (the "Settlement");

WHEREAS, the Settlement resolved and released all claims asserted in this Action;

WHEREAS, on October 4, 2019, the *Witchko* Court preliminarily approved the Settlement, directed that notice of the Settlement be provided to VEREIT shareholders, and set a deadline of December 31, 2019 for VEREIT shareholders to file any objections to the Settlement;

WHEREAS, on December 17, 2019, the Settlement was submitted for final approval in the *Witchko* Action;

WHEREAS, on December 17, 2019, counsel for plaintiffs in this Action joined in a motion filed by plaintiffs' counsel in the *Witchko* Action seeking attorney's fees and reimbursement of expenses incurred in litigating this Action and the *Witchko* Action;

WHEREAS, after receiving no objections to the Settlement, and following a fairness hearing, on January 22, 2020, the *Witchko* Court entered a final order and judgment finding that due and adequate notice of the Settlement had been given to VEREIT's shareholders and approving the Settlement as fair, reasonable, and adequate to VEREIT's shareholders, *see Witchko* Action, Dkt. No. 307 (the "Final Judgment");

WHEREAS, on January 22, 2020, the court in the *Witchko* Action entered an order approving an award of attorneys' fees and expenses to counsel for plaintiffs in this Action;

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 3 of 15

WHEREAS, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the deadline for any appeal of the Final Judgment was February 21, 2020;

WHEREAS, no appeal was filed by the February 21, 2020 deadline;

WHEREAS, this Action should be dismissed with prejudice in light of the Settlement and the Final Judgment entered in the *Witchko* Action;

NOW THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED THIS 24th day of Feb., 2020 that:

1. All claims asserted in the Action are dismissed with prejudice;

2. Notice of this dismissal is not required because the Settlement, which resolves and releases the claims in this Action, has already been provided to VEREIT's shareholders as directed by the *Witchko* Court and was found to be the best notice practicable by the *Witchko* Court;

3. Each party shall bear its own costs, expenses, and attorneys' fees, other than as provided for by the *Witchko* Court in its January 22, 2020 order.

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 4 of 15

By: */s/ Cynthia L. Leppert*
Cynthia L. Leppert
NEUBERGER, QUINN, GIELEN, RUBIN &
GIBBER P.A.
One South Street, 27th Floor
Baltimore, MD 21202
Tel: (410) 332-8529
Fax: (410) 332-8578
Email: CLL@NQGRG.com

- and -

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
Email: WBF@federmanlaw.com

- and -

Thomas J. McKenna (*Pro Hac Vice*)
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiffs*

By: */s/ Scott A. Edelman*
Charles O. Monk, II
SAUL, EWING, ARNSTEIN &
LEHR LLP
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202
Tel: (410) 332-8600
Fax: (410) 332-8870
Federal Bar No. 00913
Email: cmonk@saul.com

- and -

Scott A. Edelman (*Pro Hac Vice*)
Antonia M. Apps (*Pro Hac Vice*)
Jonathan Ohring (*Pro Hac Vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5000
Fax: (212) 506-5219
Email: sedelman@milbank.com
aapps@milbank.com
johring@milbank.com

*Attorneys for Nominal Defendant VEREIT, Inc.*

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 5 of 15

By: /s/ G. Stewart Webb, Jr.
G. Stewart Webb, Jr.
Michael Jackman Wilson
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Tel: (410) 244-7565
Fax: (410) 244-7742
Email: gswebb@venable.com

- and –

Stephen A. Radin (*Pro Hac Vice*)
Evert J. Christensen, Jr. (*Pro Hac Vice*)
WEIL, GOSTHAL & MANGES LLP
767 Fifth Avenue
New York, NY 101053
Tel: (212) 310-8000
Fax: (212) 310-80007
Email: stephen.radin@weil.com
evert.christenson@weil.com

*Attorneys for Defendants Bruce D. Frank, Leslie D. Michelson, Edward G. Rendall, and William G. Stanley*

By: /s/ Audra J. Soloway
James P. Ulwick
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
Email: julwick@kg-law.com

- and –

Theodore V. Wells, Jr. (*Pro Hac Vice*)
Daniel J. Kramer (*Pro Hac Vice*)
Lorin L. Reisner (*Pro Hac Vice*)
Audra J. Soloway (*Pro Hac Vice*)
Justin D. Lerer (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 100019
Tel: (212) 373-3089
Fax: (212) 492-0089
Email: twells@paulweiss.com
dkramer@paulweiss.com
lreisner@paulweiss.com
asoloway@paulweiss.com
jlerer@paulweiss.com

*Attorneys for Defendant Nicholas S. Schorsch*

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 6 of 15

By: */s/ Beth Mueller*
Jerrod A. Thrope
GORDON FEINBLATT LLC
233 E Redwood St
Baltimore, MD 21202
Tel: (410) 576-4295
Fax: (410) 576-4269
Email: jthrope@gfrlaw.com

- and –

James P. Gillespie (*Pro Hac Vice*)
Beth Mueller (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202) 389-5200
Email: james.gillespie@kirkland.com
beth.mueller@kirkland.com

*Attorneys for Defendant David Kay*

By: */s/ Michael C. Miller*
Alison Cate Schurick
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD 21202
Tel: (410) 862-1115
Fax: (410) 547-0699
Email:
schurick@bakerdonelson.com

- and –

Michael C. Miller (*Pro Hac Vice*)
Michael G. Scavelli (*Pro Hac Vice*)
STEPTOE AND JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3955
Fax: (212)506-3950
Email: mmiller@steptoe.com
mscavelli@steptoe.com

*Attorneys for Defendant Brian Block*

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 7 of 15

By: *<u>/s/ Gregory Stuart Smith</u>*
Gregory Stuart Smith
LAW OFFICES OF GREGORY S. SMITH
913 E. Capitol St. SE
Washington, DC 20003
Tel: (202) 460-3381
Fax: (877) 809-9113

Guy Petrillo (*Pro Hac Vice*)
Dan Goldman (*Pro Hac Vice*)
Theresa Gue (*Pro Hac Vice*)
PETRILLO, KLEIN & BOXER LLP
655 Third Ave., 22nd Floor
Tel: (212) 370-0331
Fax: (212) 370-0391
Email: gpetrillo@pkbllp.com
dgoldman@pkbllp.com
tgue@pkbllp.com

*Attorneys for Defendant Lisa Beeson*

By: *<u>/s/ John P. MacNaughton</u>*
Andrew D. Freeman
Stuart O. Simms
BROWN GOLDSTEIN & LEVY LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel: (410) 962 – 1030
Fax: (410) 385-0869
Email adf@browngold.com
sos@browngold.com

- and –

John P. MacNaughton (*Pro Hac Vice*)
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Rd., NE Ste. 1600
Atlanta, GA 30326
Tel: (404) 504-7689
Fax: (404) 365-5932
Email: jpm@mmmlaw.com

*Attorneys for Defendant Scott Sealy*

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 8 of 15

By: /s/ Bruce R. Braun
Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K St. NW
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: pzidlick@sidley.com

Bruce R. Braun (*Pro Hac Vice*)
Melanie E. Walker (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Tel: (312) 853-2078
Fax: (312) 853-7036
Email: bbraun@sidley.com
mewalker@sidley.com

*Attorneys for Defendant Grant Thornton, LLP*

By: /s/ Reid M. Figel
James M. Webster
Reid M. Figel (*Pro Hac Vice*)
Andrew E. Goldsmith (*Pro Hac Vice*)
Rebecca A Beynon (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
1615 M St. NW Ste. 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-799
Email:
jwebster@kellogghansen.com
rfigel@kellogghansen.com
agoldsmith@kellogghansen.com
rbeynon@kellogghansen.com

*Attorneys for Defendants Scott Bowman, William Kahane, Edward M. Weil, Jr.*

By: /s/ Adam L. Fotiades
Daniel P. Moylan
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 783-7000
Fax: (410) 783-8823
Email:
dmoylan@zuckerman.com

Adam L. Fotiades (*Pro Hac Vice*)
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: (202) 778-1800
Fax: (202) 822-8106
Email:
afotiades@zuckerman.com

*Attorneys for Defendant Lisa McAlister*

Case 1:16-cv-03366-ELH Document 149 Filed 02/24/20 Page 9 of 15

The Clerk is directed to close this case. ELH

**SO ORDERED,** this 24th day of Feb., 2020

Ellen L. Hollander

Ellen L. Hollander, Judge
United States District Court for the District of Maryland